# 742 CASES REPORTED WITH BRIEF SYLLABI.

of said costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

FRANKLIN A. REGAN, Appellant, v. HERBERT L. DILLON, Respondent, Impleaded with Another, Defendant.— Judgment and orders affirmed, with costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

CHARLES REIF, Respondent, v. JACOB RUTENBERG, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.; Merrell and Finch, JJ., dissent.

JACOB MALAMETH, as Receiver, etc., of JACOB BONNER and Others, Respondent, v. GEORGE F. ROVER, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of VIOLA DURAND, Appellant, for an Order Vacating and Canceling of Record a Lien Pursuant to Section 59 of the Lien Law, Filed by the ANCHOR IRON WORKS, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of MICHAEL T. McGLYNN, Respondent, for a Certiorari Order against WILLIAM E. WALSH and Others, Constituting the BOARD OF APPEALS OF THE CITY OF NEW YORK, Respondents, Impleaded with JOHN W. CLANCY, Respondent. NATHAN S. SCHWARTZ, Intervenor, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

FANNIE TAUBMAN, Respondent, v. THE CITY OF NEW YORK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

WILLIAM HORWITZ, as a Director of INSTITUTION EQUIPMENT Co., INC., Respondent, v. SAMUEL B. MARKS and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of SAMUEL B. MARKS, Appellant, for an Order Requiring ISAAC MARKS, an Attorney, etc., Respondent, to Deliver unto the Possession of Said SAMUEL B. MARKS Certain Certificates, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

HARRY L. PARKER and Others, Copartners, etc., Respondents, v. AMERICAN SURETY COMPANY, Appellant. (Action No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, Merrell, McAvoy and Martin, JJ.

HARRY L. PARKER and Others, Copartners, etc., Respondents, v. AMERICAN SURETY COMPANY, Appellant. (Action No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, Merrell, McAvoy and Martin, JJ.

GERSETA CORPORATION v. ISAAC OZDOBA and Others.— Motion to dismiss